FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 27 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-590 MLG |
| vs. | ) Counts 1, 2, 4: 18 U.S.C. § 2119: Carjacking; 18 U.S.C. § 2: Aiding and Abetting; |
| **MALACHI ALAN CROCKETT**, | ) |
| Defendant. | ) Count 3: 18 U.S.C. § 2119: Attempted Carjacking; 18 U.S.C. § 2: Aiding and Abetting; |
| | ) Count 5: U.S.C. § 924(c)(1)(A)(ii): Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, and Possessing and Brandishing a Firearm in Furtherance of Such Crime; 18 U.S.C. § 2: Aiding and Abetting. |

# INDICTMENT

The Grand Jury charges:

<u>Count 1</u>

On or about March 21, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **MALACHI ALAN CROCKETT**, with the intent to cause death and serious bodily injury, took a motor vehicle, that is, a 2015 white Nissan Sentra, that had been transported, shipped and received in interstate commerce, from the person and presence of Jane Doe 1, by force, violence, and intimidation.

In violation of 18 U.S.C. §§ 2119 and 2.

### Count 2

On or about March 21, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **MALACHI ALAN CROCKETT**, with the intent to cause death and serious bodily injury, took a motor vehicle, that is, a 2021 gray Chevrolet Traverse, that had been transported, shipped and received in interstate commerce, from the person and presence of Jane Doe 2, by force, violence, and intimidation.

In violation of 18 U.S.C. §§ 2119 and 2.

### Count 3

On or about March 21, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **MALACHI ALAN CROCKETT**, with the intent to cause death and serious bodily injury, did attempt to take a motor vehicle, that is, a 2015 blue/gray Toyota Corolla S, that had been transported, shipped and received in interstate commerce, from the person and presence of Jane Doe 3 and John Doe 1, by force, violence, and intimidation.

In violation of 18 U.S.C. §§ 2119 and 2.

### Count 4

On or about March 21, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **MALACHI ALAN CROCKETT**, with the intent to cause death and serious bodily injury, took a motor vehicle, that is, a 2013 red Chevrolet Spark, that had been transported, shipped and received in interstate commerce, from the person and presence of Jane Doe 4, by force, violence, and intimidation.

In violation of 18 U.S.C. §§ 2119 and 2.

Count 5

On or about March 21, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **MALACHI ALAN CROCKETT**, knowingly used, carried, and brandished a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, carjacking as charged in Count 4 of this indictment, and in furtherance of such crime, possessed and brandished said firearm.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. §§ 2119 or 924(c), the defendant, **MALACHI ALAN CROCKETT**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense(s), including, but not limited to:

a. a Glock Model 26 9mm handgun serial no. LYC351,

b. a Glock Model 23 .40 caliber handgun serial no. BDWE474,

c. a Glock Style 9mm Polymer 80 PF940C handgun,

d. approximately 18 rounds of 9mm ammunition, and

e. approximately 15 rounds of .40 caliber ammunition.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney